Argued October 6—decided October 6, 1964

ANN J. LOSS ET AL. *v.* FRANK C. HAINES ET AL.

The file indicates that the plaintiff Ann J. Loss has taken no appeal from the judgment of the Superior Court in Fairfield County. The present motion to dismiss seeks to have her appeal dismissed. Since there is no appeal by Ann J. Loss, the present motion to dismiss must be denied.

The motion to dismiss is denied.

*Raphael Korff,* for the appellees (defendants).

*William A. Loss,* pro se.

Argued October 6—decided October 8, 1964